APR - 7 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRO SE

Rafael Leer I.D# 12A5551
incedent Happen on my privuis bid #09A4768

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

-against-

N.Y.S Doccs. Briant fisher
Sgt. fisher
Sgt Richard A. Moss,
C.O. Manel, Harmolejos
C.O. francisco, Caraballo
C.O. Enrique, Maldonado At-All

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

13 Civ. 08529 JPO
13-CV-08529 (JPO)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2014

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's     Name  Rafael Leer
                ID#   12A5551
                Current Institution  Elmira Correctional facility
                Address  1879 Davis St. P.O. Box 500
                Elmira, Newyork 14901-0500

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  Sgt fisher                        Shield #  S6+
                   Where Currently Employed  Sing Sing Correctional facility
                   Address  354 Hunter St. ossing N.Y. 10562

Defendant No. 2    Name Sgt. Richard A. Moss    Shield # Sgt
Where Currently Employed Sing Sing Correctional facility
Address 354 Hunter St. ossinig N.y. 10562

Defendant No. 3    Name manel marmolejos    Shield # C.O.
Where Currently Employed Sing Sing Correctional facility
Address 354 Hunter St. ossinig NY. 10562

> Who did what?

Defendant No. 4    Name francisco Caraballo    Shield # C.O.
Where Currently Employed Sing Sing Correctional facility
Address 354 Hunter St ossinig N.Y. 10562

Defendant No. 5    Name Enrique Maldonado    Shield # C.O
Where Currently Employed Sing Sing Correctional facility
Address 354 Hunter St. ossinig NY 10562

II.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

ccf

A.    In what institution did the events giving rise to your claim(s) occur?
Sing Sing Correctional facility 354 Hunter st ossinig NY 10562

B.    Where in the institution did the events giving rise to your claim(s) occur?
A-Block flats By Sgt's Post SG. Richard A. Moss was iscorthing me to take my meds "he save me"

C.    What date and approximate time did the events giving rise to your claim(s) occur?
4-14-11 at 8:45 A.m Aproximete time date c.f. I was Being Excorted to medication. Because I was talking I was Iscorting Becose I was in keeplock by S.G. Richard A. Moss

> What happened to you?

D.    Facts: On 4-14-11 at 8:45 a.m. while at Singsing C.F. I was Bing Excorted to medication. Because I was gat tiket talking Sgt. fisher came whit 4 other C.O's And Start to kick And Punch me while on the floor I was Also

Rev. 01/2010                                    2

hit whit BrassNucles By A c.o. he hit me. in my face. And other Parts of my Body, I had to recieve 10 stitches on my face. my Body was brused all over. Also, on the way to the Hospital I was hit more times. W/ld I was in the ER At that Fasility. S.G. Gisher than made CO Enrique Maldonado to use the stuf then Enrique Maldonado pull out A shinig optect out his Riet side of his pocket And pleaset on his Riet Hand Fingers then he put on A midical Glove on top the Brasnocole And while I was handecup on the strecher he hit mi in my face Blood Only Sgt Lt mejia seen what was happening \ All over And told the Sgts And C.o. to stop. And Also the Nures Scrimen for Sgt, fisher And the 4 C.O. to stop Before they kill me, but S.G. Gisher toll the Norse on Staf to get out of the ER. then S.G. Fisher the made 2 coste pull me out of the streche And I fell on my Head At that time Lt Mejia Arive in toll the cos AN S.G. Gisher to stop the Norse on Staf call Lt. Mejia she And Lt. mejia SAfme from being kill. I was then taken ouside Hospital

> **Was anyone else involved?**
>
> **Who else saw what happened?**

ccf

III.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Injuries I sustained Are my Body Being Brused All over And 10 stitches to my face from the C.O.s use of A Pair of BrassNucles. I still have Paing on my Back And Also on the side of my face. Left sholthe (Ad) And the Riet side of my tenpell stell Herts After 3 years I have to take paing meds still After All the years. I have put stranerck strees And I have to take meds for Menthel convictions because of the sever bietting sinse that day I'm not the sere person

IV.   **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SingSing C.F. Grievance office Also I wrote to I.G. Atorny Generall office, And internels Afers Allso At the same date All C.M. Fisher, Superentendent At the obote C.C. only Grievense, stete thy Never risive the Grevense,

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
At SingSing C.f Grievance office At the obove C.C.

CCF

1. Which claim(s) in this complaint did you grieve?
ALL. About me Being Betten By C.Os the 10 stitches on my face, haven to Go to Hospital Also my Brused Body And my Head injuris. I gat A Hole in my (my)Left sid Nose

2. What was the result, if any?
None I Never Recieved Any responce from I.G.R.C They Claim to have Never Recieve my Grievance

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. internal
I wrote to The Inspector Generals office And The Department of Corections, Commissioners, And office to comp.cf Atorny Afears Commisioner Brien fisher And the Superentendewt At the obove C.C. All gat my compliN exept the Grievense At Sing-Sing,C.C.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
None for I fill my Grievance I Never whent to the teir 3 tiket only A Recording that A Lt. Aske me Expleing wat happens 15 days Latter I went 4 home on 4/29/2011.

*Rev. 01/2010*

A teir 3 tiket was giving to me the facility give a asolt on staf I went to cort and plete ginty on the durest Co Marmolejo never whent to corte to hang I got 6 monts for tha the apoite atorny in the cort vizete my riet

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I wrote Commisioner Brien fisher Because I know I wrote ms. Karen Bellamy on 2-26-13 And ask did she know about my Grievance from Singsing c.f. And she wrote me back saying That she not the Grievance office from Sing-Sing c.f know what I am talking about. she toll me to riet the consell of c.f. I diet Route the consel and He sent me only 5 pictores And my complint that I Roud on 4/17/2011 I gat dose docume

G.C.C.F.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Am Asking that the Court will Rule in my favor And find the State Agency Liable for my Injuries. And I want to Be duly compensated for my Pain and Suffering Also I Pray that this Court enter Judgment Granting me a declaration that Acts described here in violated my Rights under the Constitution and Laws of the united States And Granting me Compensation damages In the Amont of $5,000,000.01 Against (Doccs) And NYS Doccs Commisioner Brienn fisher, And Also each defendAnt Jointly And Severaly. I Also Seek Punitive damages in the Amont of $50,000.00 I Seek these damages for Eche c.os individuLs, for $200,001

Rev. 01/2010                                5

*Against each defendant Jointly And Severally, I Also Seek A Jury trial on All issues triable by Jury. I Also Seek recovery of their costs in this Suit. And Any Additional relief this cart deems Just*

**VI.    Previous lawsuits:**

<table><tr><td>On these claims</td></tr></table>

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

  1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

  2. Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____
_____ 4.   Name of Judge assigned to your case _____
  5.   Approximate date of filing lawsuit _____
  6.   Is the case still pending?   Yes ____   No ____
       If NO, give the approximate date of disposition_____
  7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
       _____

*c.c.f*

<table><tr><td>On other claims</td></tr></table>

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No ✓

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

  1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

  2.   Court (if federal court, name the district; if state court, name the county) _____

_____ 3.   Docket or Index number _____
_____ 4.   Name of Judge assigned to your case _____
  5.   Approximate date of filing lawsuit _____

*Rev. 01/2010*                                                    6

6. Is the case still pending? Yes _____ No _____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _3_ day of __April__, 20_14_

Signature of Plaintiff  X _Rafael Leer_

Inmate Number  _12A5551_

Institution Address  _Elmira Correctional facility_
_1879 Davis St. P.O. Box 500_
_Elmira, New York_
_14901-0500_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

cc. G.

I declare under penalty of perjury that on this _3_ day of __April__, 20_14_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: X _Rafael Leer_

Leer, RA
ELMIRA C...
P.O. Box 500, C.3.12
ELMIRA, NEW YORK 14902-0500

to: Pro se office
U.S. District of New York
500 Pearl Street, Room 230
New York, NY 10007

Legal mail!!